UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD NURIDDIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ESTRELLA, et al.,<br><br>　　　　　Defendants. | Case No.: 1:11-cv-01448-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S REQUEST FOR CLARIFICATION OF THE SUMMONS AND SERVICE OF PROCESS BY THE UNITED STATES MARSHAL<br><br>[ECF No. 24] |

Plaintiff Muhammad Nuriddin is appearing pro se and in forma pauperis in this civil rights action pursuant to Bivens v. Six Unknown Agents, 403 U.S. 388 (1971). Bivens actions and actions under 42 U.S.C. § 1983 "are identical save for the replacement of a state actor under § 1983 by a federal actor under Bivens." Van Strum v. Lawn, 940 F.2d 406, 409 (9th Cir. 1991).

On October 7, 2014, Plaintiff filed a request for clarification as to the summons and service of process returned by the United States Marshal.

Inasmuch as the Court issued an order directing the United States Marshal to re-serve the summons and complaint on Defendant Hector A. Rios, and an order to show cause regarding the

///

///

///

///

1

1 service of process upon Defendants Bell and Miller, on October 1, 2014, respectively, Plaintiff's
2 motion for clarification is MOOT and is DENIED on such basis.

4 IT IS SO ORDERED.

5 Dated: **October 9, 2014**
6 UNITED STATES MAGISTRATE JUDGE